# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 460 WAL 2015

       Respondent

       :    Petition for Allowance of Appeal from
       :    the Order of the Superior Court

       v.

AARON MCCLELLAND,

       Petitioner

## ORDER

**PER CURIAM**

     **AND NOW**, this 12th day of April, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Wecht did not participate in the consideration or decision of this matter.

     Justice Donohue notes her dissent.